IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

November 20, 2020

JULIA C. DUDLEY, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

Clerk of the Court
U.S. District Court
210 Franklin Rd., Room 540
Roanoke, VA 24011

7:20-cv-00695

Antonio-LaShaun Cruz #57376-004
U.S.P. Lee
P.O. Box 305
Jonesville, VA 24263

Date: 16 Nov, 2020
Re: Notice of Address change ± Letter of Request (s)

Clerk of the Court:
        I respectfully submit these Affidavits of Truths
In support of Declaration of Truth/Bivens Act Suit — but I'm
going to NEED the Courts to forward to me, (1) Bivens Act suit
forms; and, (2) Informa Pauperis form, please... to:
        A. U.S.P. Thomson
        P.O. Box 1001
        Thomson, IL. 61285... as I'm transferring to the
said institution by bus tonite, I was informed by staff.
        I was in the process of drawing-up a Declaration of
Truth — to annex to the above-requested Bivens Act form, which is
why I requested that the said be forward to me @ above-noted
address — but was forced to defer, do to my transfering. Please
    "docket" the documents herewith, forward to me the requested
forms, and I will submit them along with Declaration of Truth, complete
as soon as I get them. Thank you.

IN SUPPORT OF
DECLARATION
OF TRUTH

AFFIDAVIT OF TRUTH:
ANTONIO-LASHAWN CRUZ # 57376-004

I, Antonio-LaShawn Cruz, a man majority of age, am competent, do swear under penalty of perjury (28 USCS 1746) that the below-noted averments/statements are True, Complete, and correct to the best of my Knowledge and understanding.

I aver that, the below-noted averments cannot be refuted, and the below-noted staff/officers herein have "proof of claim" (5 USCS 556 (d)/557), as it relates to the material facts, to controvert, contravene, and contradict the averments point-for-point, claim-for-claim, and categorically/chronologically:

1) On July 13, 2019, @ approximately 10:30 AM, I was summoned to the Lieutenant's office to be serverd an incident report for refusal of a toburcolosis test (written/falsified by Medical Personell  Parker   ). While inside the inneroffice of the lieutenant's office, I attempted to clarify the issue for which I was there and was met with racially offensive barrage from both Lt. J. Nichols and Lt. M. Childress, which an Officer J. Dickerson stood aside observing (he was the officer that escorted me into this racially & Violently engineered den). I attempted to offset this obvious manufactured "lynching matter" but was told "its a little too late. You're 'bout to became another reason for BlacksLive Matter to cry out". Then, Officer J. Dickerson lunged himself at my neck, choking me unconscious, while Lt. M. Childress and Lt. Nichols mercilously beat my body and violently twisting/jerking my legs, ankles, and arms—actions that's designed to break limbs. Obviously, there was a ready-assembled team of racists on standby, because when I cameto, I was still being beaten and called racial misnowners by multiple officers;

2) On July 13, 2019, @ approximately 10:50 AM, I awoke in a yellow restraint wheel chair with my hands cuffed behind my back and shackles on my ankles, both applied too tight, with my head being forcefully held down to my chest cavity—the punches and elbows continued to be delivered

Page 1 of 5

to my head, arms and chest lower torso area—while being wheeled to the Special Housing Unit (SHU). I could see medical staff Bowman (or "Boatman") standing in the corridor observing this as I was being wheeled past him from the peripheral of my vision;

3) I was wheeled into a holding cell where I was repeatedly assaulted in a "lynching" fashion as my clothing were cut-off, all the while the while the racial barrage continued, and ambulatory restraints applied—too tight—to my person (i.e., shackles, hand-cuffs attached to belly chains) without the least bit of slack to allow movement, after I was made/forced to wear paper clothing/socks, while said medical staff Bowman was present but never intervened on the inhumane treatment. I was left in ambulatory restraints for approximately 19½ hours, and either medical staff Parker or Bowman "pretended" to come in and medically assess me every 2-4 hrs, along with the same staff/officers/lieutenants that continued to assault me, such as Lt's J. Nichols, M. Childress, S. LaVale, Taylor, Officers N. Bledsoe, J. Price, Robbins, M. Stapleton, Ledford, M. Gingerich, Catron (are the names of the officers I recall seeing participate);

4) On July 14, 2019, @ approximately 3:00 P.M, I was taken out of ambulatory restraints/out of holding cell, and taken C-Range (can't recall cell number) to cell-up with a Lenin Morel #67722-054. To date the skin about my torso remains to be 'scarred (blackish) in the pattern of the restraint chains" (and so does everyone that's endured this treatment); and both my knees are still partially functioning irregularly from these assaults;

5) On/about August (between 3rd — 15th, I think), as a result of an medical request given to Bowman, after much pleading, I was scheduled to be X-rayed (which I was), but there was never any follow-up, except for a medical scheduling I was never able to meet, do to lockdowns), there was not a re-schedule;

Page 2 of 5

6) On July 13, 2019, @ approximately 10:50AM, J. Dickenson, falsified an incident report against me for Incident Code 224, obviously to justify his/his fellow officer's assault on me, that was expunged at the DHO—at the WJC I stated in my defense," I was assaulted by the writer/staff", which L.Collins documented— by DHO J. Brown;

7) On April 18, 2018, I arrived at U.S.P. Lee. My inmate personal property, since 2006, has always been over 3½ ft., as I've been a pro se litigant on my criminal case throughout my incareration. On/about March 11, 2019 (approx.) I was placed in SHU for Incident Code 113 (Poss. of Alcohol) and 104 (Poss. of Weapon), the infraction written by Hornsby (his Housing Unit partner a Corbin), all my legal documentation was trashed because a negative exchange of words with said officer, I've submitted multiple request(s) for a print-out and/or copy of all (history) "property record(s)", to no avail. [Inmate Personal Property Records are supposed to be on record w/ Unit Team and/or R&D (Recieving & Discharging) at EVERY Instititution.].

8) On July 29, 2020, @ approximately 9:00AM, Officer M.Vinzant trashed ALL my legal documentation while packing/inventorying my inmate personal property as I was in the lieutenant's office holding cell, per orders from both Lt. J.Nichols and Lt. J. Bellemy... documents I'd just recieved from court-appointed Federal Public Defender Juan J. Michelen (South Florida, Ft. Lauderdale) in December 2019 (Legal Mail Log Book substantiate this claim)— Mr. Juan J. Michelen was kind enough to send me those documents after I explained to him the destruction/trashing all of my legal documentation by Hornsby/ Corbin back in March of 2019 via legal phonecall in early December

Page 3 of 5

2019. Said Fed. Pub. Def. Juan S. Michelen mailed to me, in December 2019, approximately 5½ inches of legal documents concerning my case, as he was appointed to me for purposes of the FIRST STEP ACT of 2018 by the U.S. District Court for the Southern District of Florida—

these documents were also thrown away by M. Vinzant on the date above-noted, as it's an effort to impede any filings with the courts or government agencies because of past complaints;

9) On July 29, 2020, @ 9:20 A.M., I was written an Incident Report (I.R.# 3420290)(by M. Vinzant); and I sought to have my then-cellmate, Genesis White #-018, as my witness which he gave Unit Disciplinary Committee (UDC) R. Mullins an Affidavit of Truth on my behalf as his witness statement; UDC R. Mullins NEVER included said affidavit into the DHO (Disciplinary Hearing Officer) packet for my disciplinary hearing, nor did he (R. Mullins) document Genesis White #-018 as my witness—DHO J. Brown reviewed said Affidavit and knew, as my cellmate (Genesis White #-018), as well as myself, advised that the Affidavit was for me, to no avail. DHO J. Brown failed to acknowledge his duties, per Program Statement and Code of Federal Regulations; I attempted Administrative Remedy Appeal (Remedy I.D. 104940-R1), using a regular sheet of notebook paper (improvised) because R. Mullins (Unit Manager) refused to provide me the BP-10 form (which was why it was rejected along with lapse of timely filing) or said Affidavit within the proper filing period;

10) On/about the months between March—July of 2019, with respect to the above-noted issues (and more), I've notified the below-noted government-bodies politics:

Page 4 of 5

1) Susan A. Richardson, Legal Investigator
JOI Abingdon Place
Abingdon, VA. 24211

2) Scott A. White, Insurance Commissioner
P.O. Box 1157
Richmond, VA. 23216-1157

3) Corey R. Amundson
Office of the Responsibility Leadership
950 Pennsylvania Ave, N.W.
Washington, D.C. 2053-0001

4) U.S. Dept of Justice
Office of the Investigator General
Investigations Division
1425 New York Ave, N.W. Ste. 7100
Washington, D.C. 26530

5) Mid-Atlantic Regional Office
Fed. Bureau of Prisons
302 Sentinel Drive
Annapolis Junction, MD 20701

6) U.S. Dept. of Justice
Office of the U.S. Attorney General
for the District of Columbia
Indiciary Building
555 Fourth Street, N.W.
Washington, D.C. 20001

As to my Knowledge, no action has been taken to bring the staff brutality and racial hatred i actions of U.S.P. Lee officials to a cease... these staff MUST be thoroughly investigated, discharged from office, and brought to justice immediately!

Under Penalty of Perjury (28 USC § 1746)

Antonio-LaShawn Cruz

Executed: 11/11/2020

NOTE: Other inmates attacked by staff:

Todd Knutson #21160-041 (Civil Suit#: 20-CV-00455-MFU-JCH)

Michael Modisett #85549-010 (civil Suit#: 20-CV-00517-EKD-JCH)

Gerald Graves #68483-018

Joseph Jackson #33866-007

Donta Haynes #57006-08

Dominic Kerr #10407-104

Thomas D. Smith #14998-045

Said Fooley #77994-083

Daquian Nicholson #51174-056

Page 5 of 5

Affidavit of Truth: Michael Modisett #08549-010
Re: Antonio-Lashaun Cruz #51376-004

I Michael Modisett swear under the Penalty of Perjury to following to be true.

I michael Modisett was drinking intoxicants in my Cell when I was caught and Placed in restraints after being restrainded officers attempted to bend me over and walk me backward after attempting to stand up I was slammed on the ground and Officers kneeled on my Neck until I went unconcious after that I was tortured for over 18 hrs I have a suit Pending see Michael Modisett V. BOP 7:20-CV-00577 EKD-JCH Since being in this SHU I have been under threats to my well being for the simplest of things like request law libibrary services or requesting for to file a BP9+10. I've witnessed multiple instances of Intimidation from staff upon inmates + there is no oversight from administration infact your likely to be Punished if you file a grievance. This Place is Corrupt to the fullest + They should be the inmates they live to hurt People.

The above is a True Statement (28 US C§1746)
Michael Modisett

Declaration of Truth

RE: ANTONIO-LASHAUN CRUZ #57376-004

By Todd Knutson                                          1 of 5

I Arrived at USP Lee 7-1-2020 Upon Going to Housing unit L-Block for our Quarinteen officer Gilbert Tryed to Cell Me up With a White Guy Who Was a S.D. out of Chicgo Who Clearly does not Real under White time Celling with Any Inmate Who Is not on white time in a usp Would end up Becomming a valid reason to Assault Me So Not Being Able to Cell with that Inmate I told Officer Gilbert I Can not Go Into that Cell Becun of Prizon Politics 101 Gilbert Got Mad that I tryed to refuse That Cell He then opend the Next Cell for me one my way in He told Me "I'm Going to fuck You up My First Chance I Get" And He Indeed Held true to What He told Me Shortly After Saying that too" Shortly After About Approximith 856 PM 7-1-2020 Officer Gilbert Came to My Cell And the White SD Guys Cell Took us Both out of our Cells we were perfithy fine in escorted us By The Showers to Further Provoke The Situatin. Once By the Shower I Noticed that Officer Gilbet Had Called All the Compand officers To Adress the incident He was provoking. Once By the Shower officer Gilbert then told Me and the Other Inmate To Go Into the Same Cell together At that time I refused Officer Gilbert then Attempted

2 of 5

To Slam Me to the Ground At that Point Natral Reaction I tryed to Catch My Self By Grabing onto the officer Closest to Me At that time All the officers Around Pulled Me And Jumped on Me Beating on Me They then Put Me In full Restraints and In Four Stoler Pro Restraint Chair Carried Me Down the Stairs And Wheeled Me to the elevator Where out of The Camra View Officer Gilbert and other unknown Officer Began Punching me In the Face Head RIbs Jnocking me In and out of it Dazed Shocked And totally Helpless in full Restraints and Straped into a Restraint Wheel Chair, When Arriving To Shu "Special Housing unit" I Was taken to a Holding Cell And Assulted By Staff While Placing me in Paper Clothing and Ambuletory Restraints Punching Me in the RIbs to pull for extra Chain to tighten as they Could Putting Me in extrem pain While Drawing me on one officer Twisted My penis With the Back of His Hand Shortly After that I Had a medical Assment Where Prior to the Assment I was told IF I Said one word That Id Be Severly Beaten, After the Medical Assment I was

3 of 5

Placed In Holding Cell A101 When the trimatizing Assult took Place every 2 Hr the unknown officer would Tell Me to Kneel Agenst the wall Face on the Wall At that time The officer With the Shealed Would Sprint Full Force And Smash Me With His Shealed into the Wall With all His strenth He Could Posably use then Continue to Smash My Body Agenst the wall Wile other officers Hit Me Then Slam the Should down as Hard as He Could on the Back of My Calf And Pull and Kick the Anckle Shackel Chain intill I Would Scream out and Demand that I Sing Childrens La La Bye Songs to them when at that Point Degrade Me By Calling me Names Sutch as Your Transgender Pice of Shit and a transgender Bitch. Thease Assults Would Continue to Happen every 2 Hrs During their "Restraint Check" Aproximitly every 4 Hrs Medical would Comme to do their Restrant Check Nearse Parker LaBshed at Me And Said Something Along the Lines of How the Officers are Good at Leaving Bones Intact When I Pleaded for Him to Help me. "Later to Find out He Falsified All the reports to Say I had no new injury and in No pain." Clearly failed His Sworn oath

4 of 5

to report Misconduct + Abuse. The Assaults Continued Later On Being the Physik Dr Cann during a restraint Check. During That time She Maid Comments About the Lines of As a transgender that all You got Comming Here at Wyee Lee. Is exactly What your getting a Beating And Laied at My Current Situation of Duress and Abuse that I was experiencing Clearly unprofesonal She failed Mizrably to Help Me. After that the Assaults Continued evry 2 Hrs during an of the "Restraint Checks" Assults Lt Parson And Offier Gilbert Were In the Holding Cell And offier Gilbert Said How He would How Some DC Black Guy Rape Me. After that He would Make Sure the White boys Would Hit Me Something Along the Lines the Last dude they Hit Aney Stabbed Him 27 times But With You It Will Be Worse Becuse we went Stop it Then Lafghed And Letft The Assults Continued evry restraint Check. I Suffered A Broken Nose Broken Rib 2 Black eyes Multiple Lumps on My Face Head Multiple Bruses on My Legs torso As well Aproximith from the time fram of 9 PM to 7-1-2020 7 PM 7-2-2020 I Was in Restraints And Assulted Lt Parson And Staff Wen the

5 of 5

Last officers to Beat Me During a "Restraint Check" This event I went through Is By Far the worst Beating IV ever endured in my entire Life for More then 4 1/2 Months officer then Continued to Threaten Me And Harass And Intimidate Me Staff Continue ther Reckless Behavior twards Inmates with no repreuntion for ther Action Some things Got to Change I Have Filed a Civel Law Suit "See Civil Action NO. 7:20-CV-00455" In Atempts to Bring thus Horrable Acts of USP Lee's Officers To the Publics + Courts Attion In Hopes to Recever Some type of Justice for ther Actions Agenst Me; Evry day I Live in fear of usp Lee officers.

I Sware these Statements to Be true under penalty of Pergery (1446) 11-16-2020
                                    Todd Knutson 21160-041
                                    Todd Knutson

